Aidan W. Butler (SBN 208399)
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff DAN RAINES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN RAINES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON'S AGENCY, INC., a California corporation; SIMON'S AGENCY, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:20-cv-7551-JFW-JC**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION & REQUEST FOR MONETARY SANCTIONS AGAINST DEFENDANT SIMON'S AGENCY, INC.**<br><br>**[SUPPORTING DECLARATION, JOINT STATEMENT, ETC., FILED CONCURRENTLY]**<br><br>**DATE: June 22, 2021**<br>**TIME: 9:30 am**<br>**COURTROOM: 750 (Temple)**<br><br>**Discovery Cut-Off: Aug. 16, 2021**<br>**Pretrial Conference: Oct. 1, 2021**<br>**Trial: Oct. 12, 2021** |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on June 22, 2021, at 9:30 am in courtroom 750 of the above-entitled Court located at 210 W Temple St, Los Angeles, CA 90012 (or via Zoom Webinar ID: 160 099 0871, Passcode: 900885), plaintiff DAN RAINES will and hereby does move the Court for an order compelling defendant

SIMON'S AGENCY, INC. to provide further documents in responses to Plaintiff's requests for production of documents set one, requests number 3, 4, 5, 6, 9, 15, 16, 26, 32 and 33.  Further, Plaintiff will and hereby does request monetary sanctions against defendant SIMON'S AGENCY, INC. at the Court's discretion under Federal Rule of Civil Procedure 37(a).

    Plaintiff's motion will be based upon this Notice, the parties' Joint Statement, the supporting declaration of Aidan W. Butler and exhibits thereto, the [proposed] order, and the supplemental memorandum allowed under Local Rule 37-2.3.

DATED:  May 28, 2021                    Respectfully submitted,

                                           By:    */S/ Aidan W. Butler*
                                                Aidan W. Butler
                                                Attorney for Plaintiff
                                                DAN RAINES