Aidan W. Butler (SBN 208399)
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff DAN RAINES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN RAINES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENRICH FINANCIAL, INC., a California corporation; SIMON'S AGENCY, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:20-cv-7551-JFW-JC**<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>**[MOTION FOR PARTIAL SUMMARY JUDGMENT FILED CONCURRENTLY]**<br><br>**DATE: September 13, 2021**<br>**TIME: 1:30 pm**<br>**COURTROOM: 7A** |

COMES NOW plaintiff DAN RAINES and, in support of his Motion for Partial Summary Judgment, submits the following Statement of Undisputed Facts and Conclusions of Law, as follows:

///

///

2:20-cv-7551-JFW-JC                        1                  STMT OF UNCONTROVERTED FACTS

## STATEMENT OF UNCONTROVERTED FACTS

## AND CONCLUSIONS OF LAW

| UNCONTROVERTED FACT OR CONCLUSION OF LAW | SUPPORTING EVIDENCE |
|---|---|
| 1. Defendant ENRICH FINANCIAL, INC. ("Enrich") is and was a credit repair organization | Ex. 3; Ex. 7 |
| 2. Plaintiff entered into a credit repair contract with Enrich March 17, 2016. | Raines Dec. ¶3; E. 3 |
| 3. Enrich provided Plaintiff with a statement that failed to include all of the text required by 15 U.S.C. § 1679c(a). | Ex. 3, pp. 2 of 10 (SAI0009) |
| 4. Enrich violated 15 U.S.C. §1679c(a). | Ex. 3, pp. 2 of 10 (SAI0009) |
| 5. Enrich provided Plaintiff with a statement that failed to meet the formal requirements of 15 U.S.C. §1679c(b). | Ex. 3, pp. 2 of 10 (SAI0009) |
| 6. Enrich violated 15. U.S.C. §1679c(b). | Ex. 3, pp. 2 of 10 (SAI0009) |
| 7. Enrich's contract with Plaintiff included language indicating that certain charges were "NON REFUNDABLE" and which Plaintiff "may not cancel"; and that "CLIENT understands that they [sic] may not cancel the original amount agreed to pay, due to The Credit Repair Specialist [sic] *immediate action* towards the CLIENT's credit repair." | Ex. 3, pp. 8 of 10; 3 of 10 (respectively, SAI0015, SAI0010) |

| | |
|---|---|
| 8. Enrich violated 15 U.S.C. §§1679d(a), 1679d(b)(4), 1679e(a). | Ex. 3, pp. 8 of 10; 3 of 10  (respectively, SAI0015, SAI0010) |
| 9. Enrich's contract with Plaintiff did not include a "full and detailed" description of the services to be provided, or estimates of the date by which such services would be completed, or the length of time necessary to perform such services. | Ex. 3, p. 3 of 10 (SAI0010) |
| 10. Enrich violated 15 U.S.C. §1679d(b). | Ex. 3, p. 3 of 10 (SAI0010) |
| 11. Enrich did not provide Plaintiff with a copy of the contract, or other materials which Enrich had Plaintiff sign. | Raines Dec. ¶3 |
| 12. Enrich violated 15 U.S.C. §1679e( c). | Raines Dec. ¶3 |
| 13. Enrich's contract with Plaintiff was void. | Ex. 3, pp. 2 of 10 (SAI0009);  Ex. 3, pp. 8 of 10; 3 of 10 (respectively, SAI0015, SAI0010); Ex. 3, p. 3 of 10 (SAI0010) |
| 14. Enrich took $500.00 from Plaintiff based upon its contract on May 15, 2016. | Ex. 4; Raines Dec. ¶5 |
| 15. Enrich hired SIMON'S AGENCY, INC., to collect the remaining $9,500.00 allegedly owed on the contract, and to blemish Plaintiff's credit with that alleged debt. | Raines Dec. ¶6; Exs. 1, 2, 5, 6 |

| | |
|---|---|
| 15. Enrich violated 15 U.S.C. §1679f( c). | Ex. 4; Raines Dec. ¶5;  Raines Dec. ¶6; Exs. 1, 2, 5, 6 |

DATED: August 6, 2021                    Respectfully submitted,


By:     */S/ Aidan W. Butler*
        Aidan W. Butler
        Attorney for Plaintiff
        DAN RAINES