Aidan W. Butler (SBN 208399)
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff DAN RAINES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN RAINES, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ENRICH FINANCIAL, INC., a California corporation; SIMON'S AGENCY, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **CASE NO.: 2:20-cv-7551-JFW-JC**<br><br>**DECLARATION OF DAN RAINES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: September 13, 2021<br>Time: 1:30 pm<br>Courtroom: 7A |

I, DAN RAINES, declare and state:

1) I am the Plaintiff in this case, and am over the age of eighteen.   I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify as to their truthfulness.

2) In March, 2016, after seeing an online advertisement on the Internet, I called ENRICH FINANCIAL, INC. dba The Credit Repair Specialist ("Enrich") on the telephone and scheduled an appointment for the next day.  My hope was to hire a company to remove some derogatory from my credit reports stemming from late

payments on various accounts, along with collection items.  These derogatory marks were true and accurate – I had made some late payments and I did owe some amounts in arrears – but obviously the negative credit reporting limited my ability to obtain new credit.  Based on my discussions with Enrich, I was led to believe they could remove the negative items anyway.

3) When I visited Enrich's office on March 17, 2016, I was told that they could repair my credit, removing the derogatory marks, and I was quoted $10,000.00 for this service.  That seemed very high, but Enrich's representative told me I could go home and think about it, so I signed various documents, including some post-dated checks for them to use if I decided to go ahead with the contract.  Even though I signed several documents, I was not given any copies or originals from Enrich.  (I was only later given a copy by the debt collector for Enrich, Simon's Agency, Inc., after they reported the debt on my credit.)

4) After leaving Enrich I spoke about the matter with my wife, and decided it didn't make any sense; I could probably pay off or settle all of my negative accounts for well under $10,000.00.  So two days after meeting with Enrich,  I called them back too tell them that I did not wish to proceed wit their services.  I was not able to reach the woman I had met with, however; I called several times, and she was unavailable.   Even though I left messages for her asking for a call back to confirm, I did not get a return call back from her, so I went to Enrich's office in person and asked to see her again.   I was told by the receptionist that she was unavailable.   I explained the situation to the receptionist, and informed her that I didn't want their services.  She indicated that she understood, and would communicate the message to the appropriate person.

5) About two months later, I discovered that $500.00 had been taken from my bank account by Enrich.  This stunned me, because I had told them that I wasn't going to accept their service, but also because they hadn't done anything for me.  I hadn't spoken with them at all since I canceled, or received any documents from

them.   So when the $500.00 vanished from my account, I tried calling Enrich  to ask why this had happened.   I kept getting told that the person I needed to speak with was not there, though, and eventually I just gave up trying to get a refund or an explanation from them.

6) I did not hear anything from Enrich for more than three years.  Then, in June, 2019, I learned that a company called SIMON'S AGENCY, INC. ("SAI") was reporting to the credit reporting agencies that I had an outstanding balanced owed to Enrich of $9,500.00.   I called this company, SAI, and explained that I had decided NOT to receive any services from Enrich, and that they had done nothing for me.   I also told SAI's representative that the blemishes on my credit which I originally went to Enrich for were still there.

7) SAI's representative told me that I needed to submit my dispute in writing, and that if I did that, they would obtain documents from Enrich confirming the debt. So I wrote a dispute letter by hand, and sent it in to SAI.  I mailed my letter on or around June 22, 2019.  A true and correct copy of the letter and the envelope is attached hereto as Exhibit "1."

8) Two months went by before I received a response.    During that time, the blemish remained on my credit.  In fact, during the time while I waited for SAI to respond to my dispute letter, they responded to my first dispute with Experian – by verifying the account to Experian, even though they still hadn't yet provided me with any response, or even any supporting documents.

9) I was extremely frustrated, angry and stressed, so I called SAI a few times after sending the letter asking for an update.   I eventually received a letter from SAI dated August 20, 2019, which included the ten-page contract materials from Enrich – many of which bore my signature, or my initials – and an invoice from Enrich showing that they had taken a $500.00 payment from me.   While I recognized my signature and/or initials on these documents, this was the first time I had actually received a copy of them.   A true and correct copy of the SAI cover letter is attached

hereto as Exhibit "2." A true and correct copy of the contract materials from Enrich which were enclosed with that letter – bearing the Bates stamps applied by SAI in this case (SAI0008 to SAI0017) – is attached hereto as Exhibit "3." A true and correct copy of the Enrich invoice showing the $500.00 payment from 2016, and bearing the bates number SAI00018 – is attached hereto as Exhibit "4."

10) SAI did not include in its mail to me any documents which showed that Enrich had actually done any work on my behalf.

11) Toward the end of September, 2019, SAI stopped calling me and writing to me to collect the debt, but they continually verified the debt to the reporting agencies, despite the fact that I disputed the debt at least five times. Attached hereto as Exhibit "5" is a true and correct copy of a letter I wrote to Experian in January, 2020. Attached hereto as Exhibit "6" is a true and correct copy of their response, indicating that SAI had "certified to Experian that the information is accurate," and that therefore the derogatory mark on my credit "has not changed."

12) All total I disputed SAI's blemish six times – sometimes with Experian, sometimes with Equifax – between July 2019 and August 2020. The blemish was finally removed from my credit reports in or around December, 2020, several months after I filed this lawsuit in August of 2020.

13) It seems cruelly ironic to me that I had gone to Enrich to try to get blemishes removed from my credit, but in the end, not only did they take $500.00 from me after doing nothing, they then hired SAI to put a derogatory mark of their own on my credit as a way of coercing me to pay them another $9,500.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 5, 2021, in Los Angeles, California.

DAN RAINES