Aidan W. Butler (SBN 208399)
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff DAN RAINES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN RAINES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENRICH FINANCIAL, INC., a California corporation; SIMON'S AGENCY, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:20-cv-7551-JFW-JC**<br><br>**DECLARATION OF AIDAN W. BUTLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[MOTION FOR PARTIAL SUMMARU JUDGMENT, ETC., FILED CONCURRENTLY]** |

I, Aidan W. Butler, declare and state:

1) I am counsel of record for Plaintiff in this case; I am duly licensed to practice law in all of the courts of the State of California, and admitted to practice in the U.S. District Court for the Central District of California.   I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify as to their truthfulness.

2) On August 6, 2021, I directed my web browser to Enrich's website,

specifically, the URL https://enrichfin.com/our-branches/.

3) A true and correct copy of the image and relevant text is attached hereto as Exhibit "7."

4) The text states that "Enrich Financial is a team of skilled credit repair specialists and law experts led by Mr. Arian Eghbali," and indicates that one service they offer is "credit repair."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed August 6, 2021, in Los Angeles, California.

/S/ Aidan W. Butler
Aidan W. Butler