Doron F. Eghbali, Esq. (SBN: 259089)
Pal Lengyel-Leahu, Esq. (SBN: 147153)
**Law Advocate Group, LLP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Email: doroneghbali@lawadvocategroup.com
Telephone: 310-651-3065
Facsimile: 310-601-7110


Attorneys for Defendant,
ENRICH FINANCIAL, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN RAINES, and individual,<br><br>Plaintiff,<br><br>v.<br><br>ENRICH FINANCIAL, INC., a California Corporation, SIMONS AGENCY, INC., a New York Corporation, and DOES 1-100, inclusive<br><br>Defendant | Case No. 2:20-CV-07551-JFW-JC<br><br>**DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO SEAL EXHIBIT 3 TO THE MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT [ECF 58-3], OR IN ALTERNATIVE, REPLACE EXHIBIT 3 TO OPPOSITION TO THE MOTION AND MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>[Proposed Order lodged herewith]<br><br>No hearing unless the Court determines a hearing is necessary |

1

**Law Advocate Group, LLP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. Pro. 5.2 and Local Rule 79-5, Defendant hereby applies to this Court *Ex Parte* (the "Ex Parte Application") for an order to file Exhibit ECF 58-3, page 7 of 10, Exhibit 3 under seal, in the alternative, Defendant requests that a further redacted version of the agreement which redacts Plaintiff's SSN, be substituted as Exhibit 3. This page includes unredacted sensitive personal information for Plaintiff Raines, including Social Security Number, Date of Birth, and Driver's License Number.

As set forth in the accompanying Memorandum of Points and Authorities, Defendant Enrich Financial, Inc. respectfully requests that the Court grant his application to seal Exhibit 3 to the Memorandum of Point and Authorities in Support of Opposition to Plaintiff's Partial Summary Judgment, filed on August 23, 2021, or the redacted document attached hereto replace Exhibit 3.

Executed on August 26, 2021         LAW ADVOCATE GROUP

By: ___*Doron Eghbali*_____
     DORON EGHBALI
     Attorneys for Defendant
     ENRICH FINANCIAL, INC.

2

**Law Advocate Group, LLP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO SEAL EXHIBIT 3 TO THE MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT [ECF 58-3], OR IN ALTERNATIVE, REPLACE EXHIBIT 3 TO OPPOSITION TO THE MOTION AND MOTION FOR PARTIAL SUMMARY JUDGEMENT
CASE NO: 2:20-cv-07551-JFW-JC

# MEMORANDUM OF POINT AND AUTHORITY

## I.   BACKGROUND

Defendant Enrich Financial has lodged the following documents on August 23, 2021, with this Court at Docket No. ECF 58: 58. Defendant Enrich Financial Inc.'s Memorandum of Point and Authorities in Opposition to Plaintiff's Partial Summary Judgment; 58-1. Defendant Enrich Financial, Inc., Statement of Genuine Disputes of Material Fact in Opposition to Plaintiff's for Partial Summary Judgment.; and 58-2. Declaration of Doron F. Eghbali in Support of Defendant Enrich Financial Inc.'s Opposition to the Motion for Partial Summary Judgment

Enrich Financial, Inc. applies the Court Ex Parte for an Order Sealing Exhibit 3 to Memorandum of Point and Authorities in Support of Opposition to Plaintiff's Partial Summary Judgment, filed on August 23, 2021. Exhibit 3 [ECF 58-3] is a contract between Enrich Financial, Inc and Plaintiff Raines which contains Plainitiff's full Social Security Number, Date of Birth, and Driver's License Number. Federal  Rule of Civil Procedure 5.2 requires redaction or sealing where a document includes a person's full SSN, among other sensitive or personal data. Therefore, Enrich Financial, Inc seeks this Court's order to seal Exhibit 3 and/or in the alternative, allow Enrich Financial, Inc to replace Exhibit 3 with an agreement that redacts all instances of Plaintiff's personal information.

3

**Law Advocate Group, LLP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

## II.    SEALING DOCUMENTS

Federal courts have recognized a strong presumption that judicial records are accessible to the public. (*Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access is the starting point." *Id*. (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Generally, if a party seeks to seal a judicial record, the party bears the burden of overcoming this presumption by articulating "compelling reasons supported by specific factual findings" to justify sealing the records at issue. (*Kamakana*, 447 F.3d at 1178). Pursuant to Federal Rule of Civil Procedure 5.2(d), a court "may order that a filing be made under seal without redaction." The Supreme Court has acknowledged that the decision to seal documents is "one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case," (*Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 599, 98 S.Ct. 1306, 1312 (1978)). Courts should consider "the interests [of] the parties in light of the public interest and the duty of the courts." (*Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (quoting Nixon, 435 U.S. at 602). "Under the 'compelling reasons' standard, a district court must weigh 'relevant factors,' base its decision 'on a compelling

4

DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO SEAL EXHIBIT 3 TO THE MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT [ECF 58-3], OR IN ALTERNATIVE, REPLACE EXHIBIT 3 TO OPPOSITION TO THE MOTION AND MOTION FOR PARTIAL SUMMARY JUDGEMENT
CASE NO: 2:20-cv-07551-JFW-JC

Law Advocate Group, LLP
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

**Law Advocate Group, LLP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212,

reason,' and 'articulate the factual basis for its ruling, without relying on hypothesis or conjecture.'" (*Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 679 (9th Cir. 2010) (quoting Hagestad, 49 F.3d at 1434). In general, when "'court files might have become a vehicle for improper purposes' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets," there are "compelling reasons" sufficient to outweigh the public's interest in disclosure. Kamekana, 447 F.3d at 1179 (internal citations and alterations omitted). However, "[t]he mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." Id. (citing Foltz , 331 F.3d at 1136.

### III.    THERE IS A GOOD CAUSE FOR DEFENDANT'S APPLICATION TO SEAL THE EXHIBIT

Attorneys and other legal personnel are required to redact filings for confidential personal information. Due to mistake and inadvertence, Enrich Financial, Inc. filed a document that contained Plaintiff's Personal Information.

Pursuant to Local Rule 79-5, Defendant Enrich Financial, Inc ("Enrich Financial") hereby applies for leave of Court to file Exhibit 3 (ECF 58-3) to

5

August 23, 2021, Memorandum of Point and Authorities in Opposition to Plaintiff's Partial Summary Judgment, (ECF-58) under seal.

Exhibit 3 is a contract between Plaintiff Raines and Enrich Financial, Inc.. Page 7 of this agreement reflects unredacted sensitive Personal Information for Plaintiff Raines, including Social Security number, Date of Birth, and Driver's License Number.

Under Privacy Act 1974, protect personal information is a "Compelling reason" for sealing records. "No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains [subject to 12 exceptions]." 5 U.S.C. § 552a(b). "[p]ersonnel files cannot be produced without a Privacy Act protective order" (Buechel v. the United States, 2010 WL 3310243, at 3-4 (S.D. Ill. Aug. 19, 2010).

Here, the information that was inadvertently filed unredacted and will be available to the public is Plaintiff's personal and sensitive information, and disclosure of the information is against Plaintiff's interest.

Good cause exists to seal Exhibit 3 for the following reasons

6

Law Advocate Group, LLP
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

(1)The privacy concerns of Plaintiff and keeping his personal identification information confidential supports sealing the record;

(2) There is a substantial probability of harm and prejudice to Plaintiff if the record is not sealed;

(3) Enrich Financial, Inc.'s request is narrowly tailored to seal only Exhibit 3, which contains Plaintiff's Personal Information;

(4) There are no less restrictive means to protect Plaintiff's confidential information except to seal the record and replace it with a correctly redacted document.

Therefore, Enrich Financial, Inc.'s Ex Parte application should be granted and Exhibit 3 be sealed.

## IV.    COMPLIANCE WITH LOCAL RULE 7-19

Counsel for Plaintiff DAN RAINES and Defendant SIMONS AGENCY, INC., in this matter, are informed of Enrich Financial intent to seek to leave to file Exhibit 3 under seal. Specifically, Counsel for Plaintiff DAN RAINES, and Defendant SIMONS AGENCY, INC. are advised that these personal information are confidential and sensitive.

Counsels for the opposing parties are:

DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO SEAL EXHIBIT 3 TO THE MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT [ECF 58-3], OR IN ALTERNATIVE, REPLACE EXHIBIT 3 TO OPPOSITION TO THE MOTION AND MOTION FOR PARTIAL SUMMARY JUDGEMENT
CASE NO: 2:20-cv-07551-JFW-JC

Law Advocate Group, LLP
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

**ATTORNEY FOR PLAINTIFF**
**DAN RAINES**
**Aiden W. Butler**
Attorney at Law
3550 Wilshire Blvd., Suite 1924
Los Angeles, California 90010
Phone: (213) 388 – 5168
tocontactaiden@gmail.com

**ATTORNEY FOR DEFENDANT**
**SIMONS AGENCY, INC.**
**Grace Felipe**
Carlson & Messer LLP
5901 W. Century Blvd.
Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200

**I.    Conclusion**

According to the foregoing reasons, and based on previously filed Notice of Errata, Defendant Enrich Financial Inc. requested this honorable Court to grant the Ex Parte Motion to file Exhibit 3 to August 23, 2021, Memorandum of Point and Authorities in Support of Opposition to Plaintiff's Partial Summary Judgment, (ECF 58-3) to be filed under seal, or in the alternative, allow a further redacted version of an agreement that redacts all instances of Plaintiff's personal information, replace Exhibit 3.

DATED:  August 26, 2021

LAW ADVOCATE GROUP

By: _Doron Eghbali_ _____
        DORON EGHBALI
        Attorneys for Defendant
        ENRICH FINANCIAL, INC.

8

Law Advocate Group, LLP
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

**Law Advocate Group, LLP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212.

**PROOF OF SERVICE**

**IT IS HEREBY CERTIFIED THAT:**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 9701 Wilshire Blvd. Suite 1000, Beverly Hills CA 90211.

I am not a party to the above-entitled action. I have caused service of **DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO SEAL EXHIBIT 3 TO THE MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT [ECF 58-3], OR IN ALTERNATIVE, REPLACE EXHIBIT 3 TO OPPOSITION TO THE MOTION AND MOTION FOR PARTIAL SUMMARY JUDGEMENT** On the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| **Aiden W. Butler** | **Grace Felipe** |
| Attorney at Law | Carlson & Messer LLP |
| 3550 Wilshire Blvd., Suite 1924 | 5901 W. Century Blvd. |
| Los Angeles, California 90010 | Suite 1200 |
| Phone: (213) 388 – 5168 | Los Angeles, CA 90045 |
| tocontactaiden@gmail.com | Telephone: (310) 242-2200 |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on, August 26, 2021 at Los Angeles, California.

      *Rema Ruiz*                       /s/   *Rema Ruiz*
       (Printed)                          (Signature)

9