Aidan W. Butler (SBN 208399)
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff DAN RAINES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN RAINES, an individual, | **CASE NO.: 2:20-cv-07551-JFW-JC** |
| Plaintiff, | **OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| ENRICH FINANCIAL, INC., a California corporation; SIMON'S AGENCY, INC., a New York corporation; and DOES 1 through 10, inclusive, | **[REPLY TO OPPOSITION SUBMITTED CONCURRENTLY]** |
| Defendants. | **DATE: September 13, 2021**<br>**TIME: 1:30 pm**<br>**COURTROOM: 7A** |

**COMES NOW** plaintiff DAN RAINES and submits his Objections to Evidence submitted by Defendant ENRICH FINANCIAL, INC. ("Enrich") in support of its Opposition to Plaintiff's Motion for Partial Summary Judgment, as follows:

## OBJECTIONS TO EVIDENCE

### I. DEFENDANT'S "EVIDENCE."

In support of its Opposition, defendant Enrich has filed the following evidence:[1]

Exhibit "3" – (ECF No. 58-3) March 17, 2016 contract between Enrich and Plaintiff;

Exhibit "4" – (ECF No. 58-4) "CRM - WIPED";

Exhibit "5" – (ECF No. 58-5) Call Logs;

Exhibit "6" – (ECF No. 58-6) uncertified entire deposition transcript.

Although Enrich exposed Plaintiff's entire social security number, driver's license number, and date of birth in its unredacted version of the contract,[2] Plaintiff does not otherwise object to Exhibit "3" – though the need to file it in the first place was doubtful, since Plaintiff had already filed a properly redacted version of the same contract, and designated it as Plaintiff's Exhibit "3."

The remaining defense exhibits are objectionable, and should disregarded.

### II. DEFENDANT'S "EVIDENCE" IS NOT ADMISSIBLE.

In its Order (ECF No. 35), the Court instructs, "Evidence submitted in support of or in opposition to a motion for summary judgment should be submitted either by way of stipulation or as exhibits to declarations sufficient to authenticate the proffered evidence, and should not be attached to the memorandum of points and

---

[1] Since Plaintiff had already utilized exhibit numbers 3 through 6, Enrich's re-use of those same numbers violated the Court's instruction at page 11:16-27 of its Scheduling and Case Management Order (ECF No. 35.)

[2] As of the time of this writing, one week after being notified of its violation of LR 5.2-1, Enrich has still failed take the steps necessary to rectify its exposure of Plaintiff's private information.

authorities." (Order, 11:3-7.)

Neither of Enrich's exhibits "4" or "5" was referenced in the sole declaration filed in support of Enrich's Opposition, that of defense counsel Doron Eghbali (ECF No. 58-2). Enrich clearly disregarded the Court's Order at 11:12-15, which states, "Documentary evidence as to which there is no stipulation regarding foundation must be accompanied by the testimony, either by declaration or properly authenticated deposition transcript, of a witness who can establish its authenticity."

Defendant has not met the standard of authenticity set forth in the Court's Order or Federal Rule of Evidence 901.

Further, Exhibits "4" and "5" are not relevant to any of the issues addressed in Plaintiff's Motion for Partial Summary Judgment. The Motion addresses various ways in which Enrich's contract with Plaintiff deviated from the requirements of the CROA. Purported phone calls or other communication between Plaintiff and Enrich personnel have no bearing on those issues. (F.R.E. 401.)

Moreover, exhibits "4" and "5" appear to repackage data culled from other sources, and are to a large extent hearsay. (F.R.E. 802.)

Finally, Exhibit "6" – the transcript – does not bear a reporter's certification as required in Fed. R. Civ. Pro. 30(f)(1).

## III. CONCLUSION.

For the foregoing reasons, plaintiff DAN RAINES respectfully requests that the Court sustain his objections and disregards defense exhibits "4," "5," and "6."

DATED: August 26, 2021                    Respectfully submitted,

By:   _/S/ Aidan W. Butler_
Aidan W. Butler
Attorney for Plaintiff
DAN RAINES