Aidan W. Butler (SBN 208399)
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff DAN RAINES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN RAINES, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>ENRICH FINANCIAL, INC., a California corporation; SIMON'S AGENCY, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | **CASE NO.: 2:20-cv-07551-JFW-JC**<br><br>**NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION**<br><br>**DATE: September 13, 2021**<br>**TIME: 1:30 pm**<br>**COURTROOM: 7A** |

**TO THE HONORABLE COURT HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges his the attached [Proposed] Statement of Decision in support of his Motion for Partial Summary Judgment (ECF No. 54).

DATED: August 30, 2021                    Respectfully submitted,

By:    */S/ Aidan W. Butler*
       Aidan W. Butler
       Attorney for Plaintiff
       DAN RAINES

---

2:20-cv-07551-JFW-JC                    1                    NOTICE OF LODGING