**Law Advocate Group, LLP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN RAINES, and individual,<br><br>Plaintiff,<br><br>v.<br><br>ENRICH FINANCIAL, INC., a California Corporation, SIMONS AGENCY, INC., a New York Corporation,<br><br>Defendant | Case No. 2:20-CV-07551-JFW-JCx<br><br>**ORDER GRANTING ENRICH FINANCIAL, INC.'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL, OR IN ALTERNATIVE, REPLACE EXHIBIT 3 TO THE OPPOSITION TO THE MOTION ON MOTION FOR PARTIAL SUMMARY JUDGEMENT[ECF 58-3]** |

1

] ORDER GRANTING ENRICH FINANCIAL, INC.'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL, OR IN ALTERNATIVE, REPLACE EXHIBIT 3 TO THE OPPOSITION TO THE MOTION ON MOTION FOR PARTIAL SUMMARY JUDGEMENT[ECF 58-3]
CASE NO: 2:20-cv-07551-JFW-JC

Defendant Enrich Financial, Inc. has applied for an order to seal the contract between Enrich financial, Inc. and Raines that includes Plaintiff Raines Social Security Number, Date of Birth, and Driver's License Number in Exhibit 3 to the Opposition to the Motion and Motion for Partial Summary Judgement.

This motion is made on the basis that exhibit 3 (ECF 58-3) to the Opposition to the Motion and Motion for Partial Summary Judgement includes highly sensitive personal information of Plaintiff Raines. This request is narrowly tailored to seal only that material for which good cause to seal has been established.

Accordingly, IT IS HEREBY ORDERED that Defendant's Ex Parte application to seal Exhibit 3 to the Opposition to the Motion and Motion for Partial Summary Judgement is hereby GRANTED, and Enrich Financial, Inc. shall separately publicly file a redacted version to the Exhibit 3 in accordance with Federal Rule of Civil Procedure 5.2 (a).

 IT SO ORDERED:

Dated: September 3, 2021          _____
                                            Honarable John F. Walter
                                            United States District Court Judge

] ORDER GRANTING ENRICH FINANCIAL, INC.'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL, OR IN ALTERNATIVE, REPLACE EXHIBIT 3 TO THE OPPOSITION TO THE MOTION ON MOTION FOR PARTIAL SUMMARY JUDGEMENT[ECF 58-3]
CASE NO: 2:20-cv-07551-JFW-JC