Doron F. Eghbali, Esq. (SBN: 259089)
Pal Lengyel-Leahu, Esq. (SBN: 147153)
**Law Advocate Group, LLP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Email: doroneghbali@lawadvocategroup.com
Telephone: 310-651-3065
Facsimile: 310-601-7110

Attorneys for Defendant,
*ENRICH FINANCIAL, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAN RAINES, and individual,<br><br>Plaintiff,<br><br>v.<br><br>ENRICH FINANCIAL, INC., a California Corporation, SIMONS AGENCY, INC., a New York Corporation, and DOES 1-100, inclusive<br><br>Defendant | Case No. 2:20-CV-07551-JFW-JC<br><br>**DEFENDANT'S REDACTED EXHIBIT 3 TO THE OPPOSITION TO THE MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF 58-3]**<br><br>Date: September 13, 2021<br>Time: 1.30 p.m.<br>Judge: Hon. Joun F. Walter<br>Courtroom: 7A |

1

ENRICH FINANCIAL, INC.'S Opposition to the Motion and Motion for Summary Judgment Exhibit 3

# EXHIBIT 3





The Credit Repair Specialist is dedicated to helping people to improve your credit. The Credit Repair Specialist recognizes all the current credit laws and offers a comprehensive, yet simple approach to improve credit ratings. The Credit Repair Specialist is able to assist consumers in exercising their rights under the Fair Credit Reporting Act (FCRA), the Fair and Accurate Credit Transactions Act (FDCPA) and the Consumer Protection Credit Act (CPCA).

You are giving Credit Repair Specialist, the right to act on your behalf to contact the credit bureaus, collection agencies, financial institutions, or banks for the purposes of investigating the inaccurate information that appears on your personal credit report and/or the Check Systems report. However, neither you nor any "credit repair" company or credit repair organization has the right to have accurate, current and verifiable information to be removed from your credit report unless it is over 7 years old or bankruptcies over 10 years old. The Credit Repair Specialist will dispute inaccurate, obsolete, erroneous, incomplete, and unverifiable information reported to major credit bureaus. (Experian, Trans Union, and Equifax) Credit scores are based on different factors such as payment history, length of credit history, new accounts, types of credit and amounts owed. Under the FCRA consumers have the right to challenge information on their credit reports based upon "completeness and accuracy" of all reported credit items. If after a reinvestigation by the credit bureaus, the disputed item is found inaccurate or can no longer be verified, the credit bureau shall promptly delete such information. Consumers have the right to dispute any, and all credit items that are not 100% accurate and completed.

The Credit Repair Specialist does not encourage and strongly opposes the use of illegal practices, such as "file segregation", or obtaining new social security numbers and Federal Tax I.D. numbers in order to obtain a "clean" credit report. The subscriber agrees to indemnify The Credit Repair Specialist Program against any claims made against The Credit Repair Specialist Program for providing credit updating services to the subscriber.

The subscriber shall provide any current information to Credit Repair Specialist. The subscriber warrants that any information provided shall be true and correct and acquired in the lawful fashion. The subscriber shall indemnify any claims related to the information provided, in the event that any challenges are received to the data provided by the subscriber to Credit Repair Specialist. In addition, the subscriber must investigate the challenge and report the results of the verification as soon as possible, but in any event within the time period required by applicable credit laws.

The agreement shall be subject to the general terms and conditions related to the credit improvement service provided. Credit Repair Specialist shall provide all services in strict accordance with the applicable laws and regulations related to credit repair services. Upon completion of client's services, all paperwork pertaining to the clients personal credit file will then be shredded as agreed in the Policies and Practices of Credit Repair Specialist. Credit Repair Specialist may terminate this agreement at any time, if in its sole discretion, the subscriber is or is about to fail to comply with the general terms and conditions relating to the credit repair services, laws, and regulations.

This is the entire agreement between both parties, and this agreement may be altered only by written agreement executed and authorized by both parties.

## CONSUMER CREDIT FILE RIGHTS UNDER STATE AND FEDERAL LAW

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars ($8). There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit services organization has the right to have accurate, current, and verifiable information removed from your credit report. Under the Federal Fair Credit Reporting Act, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old. Bankruptcy information can be reported for 10 years. If you have notified a credit reporting agency in writing that you dispute the accuracy of information in your credit file, the consumer credit reporting agency must then reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the consumer credit reporting agency. If reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about disputed information in any report it issues about you.

The Credit Repair Specialist Program shall provide credit repair services upon request of the CLIENT. The CLIENT warrants that all inquiries made shall be either pursuant to written consent from the subject of the inquiry, or pursuant to a valid business reason and in conformity with all applicable laws and regulations to credit repair services.

The client agrees to indemnify Credit Repair Specialist against any claims made against The Credit Repair Specialist Program for providing credit repair services to the CLIENT. The CLIENT may, from time to time, provide information to The Credit Repair Specialist Program. The CLIENT warrants that any information provided shall be true and correct and acquired in a lawful fashion. In the event that any challenges are received to the data provided by the CLIENT to Credit Repair Specialist Inc, the CLIENT shall investigate the challenge and report the results of the verification as soon as possible, but in any event within the time period required by applicable credit laws.

**You have a right to cancel the contract for any reason within five working days from the date you signed it. If for any reason you do cancel the contract during this time, you do not owe any money. You have a right to sue a credit services organization if it misleads you."**

Client: Name (Print): ___Dan Raines_____

Signature: _____ Dated: __3/17/16___

Client: Name (Print): _____

Signature: _____ Dated: _____

**OFFICIAL AGREEMENT**

This agreement is made today, 3/17/2016 between **Dan William Raines** herein referred to as the CLIENT /subscriber, and Credit Repair Specialist. The terms of this agreement shall begin on 3/17/2016 and terminate on, 3/17/2017 unless earlier terminated or extended. The Credit Repair Specialist Program shall provide credit repair services upon request of the CLIENT. The CLIENT warrants that all inquiries made shall be either pursuant to written consent from the subject of the inquiry, or pursuant to a valid business reason and in conformity with all applicable laws and regulations to credit repair services.

The client agrees to indemnify Credit Repair Specialist against any claims made against The Credit Repair Specialist Program for providing credit repair services to the CLIENT. The CLIENT may, from time to time, provide information to The Credit Repair Specialist Program. The CLIENT warrants that any information provided shall be true and correct and acquired in a lawful fashion. In the event that any challenges are received to the data provided by the CLIENT to Credit Repair Specialist Inc, the CLIENT shall investigate the challenge and report the results of the verification as soon as possible, but in any event within the time period required by applicable credit laws.

The CLIENT agrees to pay a fee total of $10,000 dollars for credit repair service. The Client understands that there will be an initial first work fee of $500 for an individual be billed after the setup and analysis has been fully performed. After the initial setup has been completed, The Credit Repair Specialist Program will audit the Client's credit reports and develop a plan to delete, correct, or change inaccurate, unverifiable, and obsolete items under current federal and state law during this contract. After each month services have been fully performed, client will be billed. Client understands and agrees that after a month of services has been fully performed, a fee of $500 for an individual will be due, and that this fee is for all costs and fees associated with the previous month's Services. This process will continue until Client cancels service. The Client understands that the monthly fee includes the continuing analysis/audit of up to three credit bureau reports all correspondence associated with the credit improvement process, the review for changes requested by the Client to the Client's credit reports as a result of contacts made on the Client's behalf with each applicable credit bureau, creditor or public record holder, phone consultations with client and the continuing planning and creation of documents for the purpose of credit report improvement.

This agreement shall be subject to the general terms and conditions related to the credit repair service provided by Credit Repair Specialist. Credit Repair Specialist shall provide all services in strict accordance with the applicable laws and regulations related to credit repair services. Upon completion of client services, all paperwork pertaining to the client's personal credit file will then be shredded as agreed in the Policies and Practices of Credit Repair Specialist. The CLIENT understands that they may not cancel the original amount agreed to pay, due to The Credit Repair Specialist immediate action towards the CLIENT's credit repair. Although, The Credit Repair Specialist agrees to, in regard to a full money-back guarantee for work not performed, agrees to pay the difference of work left unfinished. Therefore, the CLIENT if chooses to stop service after payment, will only be responsible for the portion of work The Credit Repair Specialist has performed. Credit Repair Specialist may terminate this agreement at any time, if in its sole discretion, the CREDIT is or is about to fail to comply with the general terms and conditions relating to the credit repair services, laws, and regulations. This is the entire agreement between both parties, and this agreement may be altered only by a written agreement executed and authorized by both parties.

Client Name (Print): Dan Raines

Signature: _____     Dated: 3/17/16

Page 3 of 10

## AUTHORIZATION FOR SPECIAL POWER OF ATTORNEY

You will be giving The Credit Repair Specialist Program, the right to act of your behalf to contact the credit bureaus, collection agencies, financial institutions, or banks for the purposes of investigating the inaccurate information that appears on your personal credit report and/or the Check Systems report. You must provide The Credit Repair Specialist Program with the correct information and any information provided by you must be true and correct and acquired in a lawful fashion. However, neither you nor any "credit repair" company or credit repair organization has the right to have accurate, current , and verifiable information removed from your credit report unless it is over 7 years old or bankruptcies over 10 years old. The   Credit Repair Specialist Program will contact any necessary organization or others to investigate your request. The investigation can take up to 30-45 days to complete. If you fail to send the requested reports or contact our office for a period of 2 months or longer, we reserve the right to discontinue service and move your file to completed status.

The Credit Repair Specialist Program reserves the right to amend the terms and conditions of the agreement at any time. The Credit Repair Specialist Program does not guarantee a success rate. Our methods are based upon procedures that have been found to have a high success rate. The Credit Repair Specialist Program is not liable for the personal credit rating. The Credit Repair Specialist Program is not liable for the action of any companies in partnership with, or which provide services at the request of, The Credit Repair Specialist Program, Inc.
Be it known that I, the undersigned, am the individual/authorized officer of the business/personal entity listed below and as such, hereby grant a special power of Attorney to Credit Repair Specialist , its' authorized agents and employees to undertake and perform the following on your behalf.

Sign all documents on my behalf for the purpose of challenging and verifying account information as instructed by myself to all creditors and consumer credit reporting bureaus. This includes but is not limited to requesting credit reports to be sent to me as deemed appropriate.

Name (Print): Dan Rawes

Signature: _____    Dated: 03 / 17 / 16

Service Representative:

Name (Print): _____

Signature: _____    Dated: _____

# NOTICE OF CANCELLATION

You may cancel this contract, without any penalty or obligation, within 5 days from the date the contract is signed.

If you cancel any payment made by you under this contract, Credit Repair Specialist will return it within 10 days following receipt of your cancellation notice.

To cancel this contract, mail or deliver a signed dated copy of this cancellation notice, or any other written notice to:

**Credit Repair Specialist
18653 Ventura Blvd # 107
Tarzana CA 91356**

_____

**Purchaser's Signature**

**ENRICH FINANCIAL GROUP**
**18653 VENTURA BLVD # 107**
**TARZANA, CA. 91356**
**TEL: 818 858 0040**
**FAX: 800-260-0085**

Please be advised Enrich Financial Group has been retained to assist the above mentioned client in resolving the outstanding Debt.

This authorizes to negotiate when necessary with my creditors/collection agencies to settle any outstanding accounts that I owe. I also authorize to receive any documentation regarding our accounts. I have read and understands contract and understands its contents. This power of attorney/ Authorization will expire on 12/30/2016.

Client's Signature _____

Date executed _____3 | 17 | 16_____

Print Name _Dan Ramos_____

Please feel free to contact me directly. 818 858 0080 EXT. 250

Respectfully,

*Rickey Morgan*
*Sr. Legal Negotiator*

ENRICH FINANCIAL GROUP
18375 VENTURA BLVD
TARZANA, CA. 91356
818 858 0080 EXT. 250

## Client Information

Full Name (print): _Dan Cames_

Social Security Number: █████████████

D.O.B: _█████████_

Driver's License #: _████████████_

Mothers Maiden Name: _██████_

Borrowers Mailing Address: _█████████████████████_

City: _████████_ State: _████_ Zip: _████_

Home Address (if different from above):

_____

City: _____ State: _____ Zip: _____

Phone Number: _████████████_

Fax Number: _____

Email Address: _████████████████_

Referred by: _____

Signature: _____ Date: _3/17/16_

## Credit Card / Refund policy

I _Dan Rams_____, purchaser of the Enrich Financial products, (hereinafter PURCHASER), hereby authorize Enrich Financial to immediately bill my credit card for product(s) and, or services that was ordered upon submitting my credit card information. PURCHASER stipulates to the following:

PURCHASER understands and agrees that this charge is final and strictly a NON REFUNDABLE purchase from Enrich Financial and Service has been rendered already!

PURCHASER agrees that full disclosure was made as it relates to the product(s)/item(s) purchased and agrees not to charge-back or dispute the charge whether purchase was made via Credit Card.

I understand that I have 5 days to Cancel the service and request a full money back from the date of signing the contract.

I respect and fully understand the 5 day cancelation period and all the charges after 5 day of signing the contract is FINAL and no refund will be applicable.

**Client's Signature** _____ **Date executed** _3/17/15_

**Print Name** _Dan Rams_

## Credit Card Payment Authorization Form

Sign and complete this form to authorize Enrich Financial to make a onetime debit to your credit card listed below.

By signing this form you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only, and does not provide authorization for any additional unrelated debits or credits to your account.

**Please complete the information below:**

I _____ authorize Enrich Financial to charge my credit card
(Full name)

account indicated below for _____ on or after _____.
(Description of goods/services)

Billing Address _____          Phone#

_____

City, State, Zip _____          Email

_____

Account Type:  ☐ Visa          ☐ MasterCard          ☐ AMEX          ☐ Discover

Cardholder Name _____

Account Number _____

Expiration Date _____

CVV2 (3 digit number on back of Visa/MC, 4 digits on front of AMEX) _____

SIGNATURE _____          DATE _____

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this credit card and that I will not dispute the payment with my credit card company; so long as the transaction corresponds to the terms indicated in this form. **Services rendered and above charge is FINAL and no refund will be applicable!**

 

Please send us:
1) Driver license
2) Copy of 2 bill recent bill (phone bill, gas, water...)
3) Copy of your Social Security card
4) Sign the above documents.
5) Payment, Check payable to:  **Enrich Financial**

**Address:**

Enrich Financial
18653 Ventura Blvd # 107
Tarzana CA 91356

Tel:          800-610-4575 / 818-237-2100
Fax :         800-260-0085
Email:        Info@enrichfin.com

www.Enrichfin.com