**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 20-7551-JFW(JCx)**                                    Dated: September 9, 2021

Title:      Dan Raines -v- Enrich Financial, Inc., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                                 **None Present**
    **Courtroom Deputy**                               **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S**
                                      **MOTION FOR PARTIAL SUMMARY JUDGMENT [filed**
                                      **8/16/21; Docket No. 54]**


        Plaintiff's Motion for Partial Summary Judgment is currently on calendar for September 13, 2021, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for September 13, 2021 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

        IT IS SO ORDERED.


C:\Users\shannonreilly\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\H8U0QB29\LA 20 CV 7551 MO MSJ Under Submission.wpd
(Rev. 2/15/08)                                                         Initials of Deputy Clerk __sr__