**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 20-7551-JFW(JCx)** | Date:  September 22, 2021 |

Title:     Dan Raines -v- Enrich Financial, Inc., et al.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: DEFENDANT ENRICH FINANCIAL, INC.**

   Defendant Enrich Financial, Inc. ("Defendant")  is ordered to show cause in writing by September 23, 2021 why Defendant should not be sanctioned in the amount of $1,500.00 or why its Answer should not be stricken and default entered against Defendant for Defendant's failure to file all of the Pre-Trial documents required by the Court's Scheduling and Case Management Order filed on November 3, 2020, Dkt. No. 35.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or default entered against Defendant.